IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03190-RTG
(**The above civil action number must appear on all future papers
  sent to the court in this action. Failure to include this number
  may result in a delay in the consideration of your claims.**)

DOMINGOS DIAS,

      Applicant,

v.

MARKWAYNE MULLIN, Secretary of U.S. DHS,
LANCE SCHROYER, Acting Director of U.S. ICE,
JUAN BALTAZAR, Warden of Aurora ICE Proc. Cent.,

      Respondents.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Applicant, a detainee at an immigration detention facility in Aurora, Colorado, has filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1).[1] As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the document is deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  <u>xx</u>    is not submitted
(2)  ____    is missing affidavit
(3)  ____    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

---

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF). The court uses this convention throughout this order.

(4)   xx        is missing certificate showing current balance in prison account

(5)   ____      is missing required financial information

(6)   ____      is missing authorization to calculate and disburse filing fee payments

(7)   ____      is missing an original signature by the prisoner

(8)   ____      is not on proper form

(9)   ____      names in caption do not match names in caption of complaint, petition or habeas application

(10)  xx        other: <u>motion and certificate are necessary only if $5.00 filing fee is not paid in advance</u>.

**Complaint, Petition or Application**:

(11)  ____      is not submitted

(12)  ____      is not on proper form

(13)  ____      is missing an original signature by the prisoner

(14)  ____      is missing page nos. ____

(15)  ____      uses et al. instead of listing all parties in caption

(16)  ____      names in caption do not match names in text

(17)  ____      addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application

(18)  ____      other: _____.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Applicant shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action form, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED July 16, 2026.

BY THE COURT:

_____
Richard T. Gurley
United States Magistrate Judge